```
4857
PRUTTING & LOMBARDI
701 South White Horse Pike
Audubon, NJ 08106
(856) 547-8404
Attorneys for Defendant, Scottsdale Indemnity Company
_____
BENJAMIN KAMINECKI,              : UNITED STATES DISTRICT COURT
DAVID KAMINECKI,                 : DISTRICT OF NEW JERSEY
STACEY EDELMAN-KAMINECKI and     : CAMDEN VICINAGE
JOSHUA EDELMAN,                  :
                                 :
              Plaintiffs         :
                                 :
      vs.                        :
                                 : CIVIL ACTION NO. 04CV1494
SCOTTSDALE INSURANCE COMPANY,    :
ET AL                            :
                                 :
              Defendant          :
_____  :
```

## NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 L. CIV. R. 7.1(b)

```
TO:   W. Dana Venneman, Esquire
      LAW OFFICES OF JAMES P. SAVIO
      9220 Amherst Avenue
      First Floor
      P.O. Box 3163
      Margate, NJ 08402

      Alan J. Cohen, Esquire
      McALLISTER, HYBERG, WHITE & COHEN
      Executive Plaza
      Suite 105
      2111 New Road
      Northfield, NJ   08225

      Heather M. Eichenbaum, Esquire
      SPECTOR, GADON & ROSEN, P.C.
      1000 Lenola Road
      P.O. Box 1001
      Moorestown, NJ   08057

      Benedict A. Casey, Esquire
      The Beasley Firm, LLC
      1125 Walnut Street
      Philadelphia, PA   19107-4997
```

Thomas Warnke, Esquire
MONTE, SACHS & BOROWSKY, ESQS.
800 The Plaza
P.O. Box 255
Sea Girt, NJ   08750

Betsy G. Leibman, Esquire
CAPEHART & SCATCHARD
Laurel Corporate Center
8000 Midlantic Drive
C.S. 5016
Suite 300
Mt. Laurel, NJ   08054

Victor P. Wasilauskas, III, Esquire
COOPER, LEVENSON
1125 Atlantic Avenue
Third Floor
Atlantic City, NJ   08041

William E. Haddix, Jr., Esquire
Law Offices of Thomas Dempster, III
Centerpointe at East Gate
161 Gaither Drive, Suite 201
Mt. Laurel, NJ   08054

PLEASE TAKE NOTICE, that the undersigned attorney for Defendant, Scottsdale Indemnity Company, will move before the United States District Court for the District of New Jersey, Camden Vicinage, on Friday, November 19, 2004, at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order granting Partial Summary Judgment in favor of the Defendant, Scottsdale Indemnity Company, and dismissing Plaintiffs' Complaint and Intervenor's Complaint as pertaining to the claims against the liability policy issued to the Strand Corporation, policy number CPS0332871.

Undersigned counsel will rely on the attached Brief in support of this application and requests oral argument.

```
                    PRUTTING & LOMBARDI

                        S/George A. Prutting, Jr.

            BY:_____
                GEORGE A. PRUTTING, JR.
```