4857
PRUTTING & LOMBARDI
701 South White Horse Pike
Audubon, NJ 08106
(856) 547-8404
Attorneys for Defendant, Scottsdale Insurance Company

| | |
|---|---|
| BENJAMIN KAMINECKI, DAVID KAMINECKI, STACEY EDELMAN-KAMINECKI and JOSHUA EDELMAN,<br><br>        Plaintiffs<br>    vs.<br><br>SCOTTSDALE INSURANCE COMPANY, AMERICAN ZURICH INSURANCE COMPANY, MARTIN, TREGO & VOGDES, J. BYRNE AGENCY, INC. and FRANK J. SIRACUSA & SON and JANE DOE AGENCIES 1-10<br><br>        Defendants | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>: CAMDEN VICINAGE<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 04CV1494<br>:<br>:<br>:<br>:<br>:<br>: **PARTIAL STIPULATION OF DISMISSAL**<br>: **WITH PREJUDICE AS TO SCOTTSDALE**<br>: **INSURANCE COMPANY'S CROSSCLAIM**<br>  **FOR CONTRACTUAL INDEMNIFICATION**<br>  **ONLY AGAINST AMERICAN ZURICH**<br>  **INSURANCE COMPANY** |

The partial matter in difference between Scottsdale Insurance Company and American Zurich Insurance Company, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that **<u>Scottsdale Insurance Company's Crossclaim for Contractual Indemnification Only Against American Zurich Insurance Company is dismissed with prejudice</u>** and without costs against any party.

Dated:  January 14, 2005

PRUTTING & LOMBARDI                         CAPEHART & SCATCHARD

        *S/George A. Prutting, Jr.*             *s/ Betsy G. Liebman*
BY: _____   BY: _____
    GEORGE A. PRUTTING, JR.              BETSY G. LIEBMAN, ESQUIRE
    Attorney for Defendant,              Attorney for Defendant,
    Scottsdale Insurance                 American Zurich Insurance
    Company                              Company